

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

October 27, 2020

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: October 28, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States</u> v. <u>Tyrone Meachem</u>, 14 Cr. 726 (PGG)

Dear Judge Gardephe,

The Government writes to respectfully request a one-week extension of the October 29, 2020 deadline set by the Court to respond to defendant Tyrone Meachem's request for compassionate release (*see* Dkt. 158). The Government has contacted counsel at the Bureau of Prisons to obtain information regarding any COVID-19 tests, diagnoses, and/or treatments that Meachem has received, and expects to receive that information by the end of this week. The Government respectfully requests a brief extension of its deadline to respond so that it can receive and review those records, and prepare a more informed response to Meachem's motion by November 5, 2020.

          Respectfully submitted,

          AUDREY STRAUSS
          Acting United States Attorney

By:    /s/
          Negar Tekeei
          Assistant United States Attorney
          (212) 637-2482

cc:    Tyrone Meachem (by certified U.S. mail)